IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division



UNITED STATES OF AMERICA )
)
)
)
v. ) CRIMINAL NO.1:12mj523
)
PATRICIA LOUISE REED, )
)
    Defendant )

## MEMORANDUM OPINION

THIS MATTER came before the Court on the Government's Motion to Exclude Time Under The Speedy Trial Act (Doc. 21). The Court first found that the original Motion to Continue the trial date was appropriate, given the unavailability of the forensic chemist, which the Court granted over Defendant's objection. It appears that there was considerable confusion by counsel for both parties as to the available dates for Defendant's counsel to set this matter for trial. However, Defendant's counsel gave the date of November 6, 2012 as one of his available dates, apparently without raising the issue of the Speedy Trial Act. To now object to the trial date as being approximately six days beyond the Speedy Trial Act deadline strikes the Court as a game of "gotcha", which the Court finds inappropriate.

Therefore the Court finds that the Government's motion is well taken and it is hereby GRANTED.

An appropriate Order shall issue.

ENTERED this 24th day of October, 2012.

/s/
Theresa Carroll Buchanan
United States Magistrate Judge

Theresa Carroll Buchanan
United States Magistrate Judge

Alexandria, Virginia